PROB 12C
(6/16)

Report Date: May 21, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Bell                               Case Number: 0980 2:20CR00044-TOR-1

Address of Offender:                                         Cheney, Washington 99004

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: May 18, 2010

Original Offense:        Conspiracy to Distribute Methamphetamine, 18 U.S.C. § 846, 841(b)(1)(B)

Original Sentence:       Prison - 150 months;         Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Patrick J. Cashman           Date Supervision Commenced: October 24, 2019

Defense Attorney:        Federal Public Defender      Date Supervision Expires: October 23, 2024

## PETITIONING THE COURT

**To issue a SUMMONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Raymond Bell violated mandatory condition number 2 by driving under the influence of alcohol on May 15, 2020, in Spokane, Washington.

According to the Spokane County Sheriff's Office field case report 2020-10060834, on May 15, 2020, Raymond Bell was stopped by a Spokane sheriff's deputy for speeding. During the deputy's conversation with Mr. Bell, he noticed a strong odor of intoxicants coming from the vehicle. Mr. Bell submitted to a field sobriety test. He failed the field sobriety test and submitted to a preliminary breath test. Mr. Bell's test returned a result of .181 BAC, which is over twice the legal limit of .08, and he was placed under arrest for driving under the influence of alcohol.

On October 25, 2019, Raymond Bell signed his judgment for case number 2:20CR00044-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bell was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

Prob12C
Re: Bell, Raymond
May 21, 2020
Page 2

    2    **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Raymond Bell violated mandatory condition number 2 by committing the charge reckless endangerment on May 15, 2020, in Spokane, Washington.

According to the Spokane County Sheriff's Office field case report 2020-10060834, on May 15, 2020, Raymond Bell was stopped by a Spokane sheriff's deputy for speeding. During the deputy's conversation with Mr. Bell, he noticed a strong odor of intoxicants coming from the vehicle. Mr. Bell submitted to a field sobriety test. Mr. Bell failed the field sobriety test and submitted to a preliminary breath test. Mr. Bell's test came back with a .181 BAC, which is over twice the legal limit of .08, and he was placed under arrest for driving under the influence of alcohol, as well as reckless endangerment as there was also a 2-year-old child in the vehicle.

On October 25, 2019, Raymond Bell signed his judgment for case number 2:20CR00044-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bell was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

    3    **Special Condition #4**: You shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: Raymond Bell violated special condition number 4 by consuming alcohol on or about May 15, 2020, in Spokane, Washington.

According to the Spokane County Sheriff's Office field case report 2020-10060834, on May 15, 2020, Raymond Bell was stopped by a Spokane sheriff's deputy for speeding. During the deputy's conversation with Mr. Bell, he noticed a strong odor of intoxicants coming from the vehicle. The officer asked Mr. Bell how much alcohol he had to drink. Mr. Bell advised the officer that he had drank a Four Loko, which is a malt alcohol beverage.

On May 18, 2020, Mr. Bell called the undersigned officer and admitted to consuming alcohol recently, specifically on May 15, 2020.

On October 25, 2019, Raymond Bell signed his judgment for case number 2:20CR00044-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bell was made aware by his U.S. probation officer that he must not consume alcohol.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Bell, Raymond**
**May 21, 2020**
**Page 3**

          I declare under penalty of perjury that the foregoing is true and correct.

          Executed on:   05/21/2020

          s/Patrick J. Dennis

          Patrick J. Dennis
          U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

          *signature: Thomas O. Rice*
          Thomas O. Rice
          Chief United States District Judge

          May 21, 2020

          Date