PROB 12C
(6/16)

Report Date: January 26, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Raymond Bell | Case Number: 0980 2:20CR00044-TOR-1 |
| Address of Offender: | Cheney, Washington 99004 |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 18, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 18 U.S.C. §§ 846, 841(b)(1)(B) | |
| Original Sentence: | Prison - 150 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: October 24, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 23, 2024 |

## PETITIONING THE COURT

**To issue a <u>WARRANT</u>.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: On January 24, 2021, Mr. Bell is alleged to have violated mandatory condition number 2 after being detained by Whitman County Sheriff's Office for second degree introducing contraband, possession of a controlled substance, distribution of a controlled substance, and use of drug paraphernalia, in report number 21-SO238. |
| | According to the Whitman County Sheriff's Office incident report 21-SO238, on January 24, 2021, Mr. Bell brought magazines to deliver to an inmate within the facility. The officer inspected the magazines provided by Mr. Bell and observed orange strips glued to pages near the spine of the magazine. These strips were field tested and returned presumptive positive for heroin/opiates, including Suboxone. As Mr. Bell was leaving visitation, he was stopped by sheriff deputies and questioned about the contraband located in the magazines. Mr. Bell admitted he obtained Suboxone without a prescription with the intent of delivering it at the request of an inmate in exchange for money. The Whitman County sheriff's deputy released Mr. Bell and informed him the charges of second degree introducing contraband, possession of a controlled substance, distribution of a controlled substance, and use of drug paraphernalia would be submitted to the District Attorney. |

Prob12C  
**Re: Bell, Raymond**  
**January 26, 2021**  
**Page 2**

On October 25, 2019, Raymond Bell signed his judgment for case number 2:20CR00044-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bell was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

2  **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

**Supporting Evidence**: On January 24, 2021, Mr. Bell is alleged to have violated mandatory condition number 3 after being detained by Whitman County Sheriff's Office for possession of a controlled substance in report number 21-SO238.

According to the Whitman County Sheriff's Office incident report 21-SO238, on January 24, 2021, Mr. Bell brought magazines to deliver to an inmate within the facility. The officer inspected the magazines provided by Mr. Bell and observed orange strips glued to pages near the spine of the magazine. These strips were field tested and returned presumptive positive for heroin/opiates, including Suboxone. As Mr. Bell was leaving visitation, he was stopped by sheriff deputies and questioned about the contraband located in the magazines. Mr. Bell admitted he obtained Suboxone without a prescription with the intent of delivering it at the request of an inmate in exchange for money. The Whitman County sheriff's deputy released Mr. Bell and informed him the charges of possession of controlled substance would be submitted to the District Attorney.

On October 25, 2019, Raymond Bell signed his judgment for case number 2:20CR00044-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bell was made aware by his U.S. probation officer that he must not illegally possess a controlled substance.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 26, 2021

s/Mark E. Hedge

Mark E. Hedge  
U.S. Probation Officer

Prob12C
**Re: Bell, Raymond**
**January 26, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge
January 26, 2021
Date