PROB 12C
(6/16)

Report Date: April 30, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 30, 2025**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Bell          Case Number: 0980 2:20CR00044-TOR1

Address of Offender: ███████████████ Medical Lake, Washington 99022

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 18, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 18 U.S.C. §§ 846, 841(b)(1)(B) | |
| Original Sentence: | Prison - 150 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 22, 2021) | Prison- 12 months and 1 day TSR- 47 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: April 7, 2022 |
| Defense Attorney: | Joel Anand Baumann | Date Supervision Expires: March 6, 2026 |

## PETITIONING THE COURT

To issue a summons

On May 20, 2022, a United States probation officer reviewed Mr. Bell's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Bell violated his conditions of supervised release by committing a new crime, fourth degree assault, on April 18, 2025. |
| | According to Spokane County sheriff's field case report 2025-1005181, on April 18, 2025, a Spokane County sheriff's deputy was dispatched to a domestic violence call. The complainant was reporting she was arguing with her boyfriend, Raymond Bell, and advised that he left the home and she then said never mind and hung up on dispatch. |
| | The deputy arrived to the scene and obtained a statement from the victim. She stated that she was in an argument with her fiancé. They were verbally arguing and during the argument, |

Prob12C
**Re: Bell, Raymond**
**April 30, 2025**
**Page 2**

he raised his arm as though he was going to hit her daughter. She intervened to prevent her daughter from being hit. Mr. Bell turned to her and grabbed her with one hand by the neck. He pushed her against the hallway wall near her bedroom and punched the wall with his other hand. She stated that while his hand was around her neck, she did not lose the ability to breathe or consciousness. He fled the residence stating he was not going back to prison.

The deputy looked over the victim's neck and could see redness to the upper portion of her torso primarily on the right side of her chest below her neck and above her breast area. There was a red circular mark on her chin (about the size of a 50-cent piece).

While the deputy was speaking with the victim, she appeared to be highly intoxicated and very repetitive. She advised that she did not want to live through another domestic violence incident and did not want her fiancé to come back to the home.

There was probable cause to arrest Raymond Bell for fourth degree domestic violence assault, however, law enforcement was unable to locate Mr. Bell at that time. A notation to pursue a warrant was also stated in the report.

As of the date of this report, there are no charges filed yet, but it is anticipated charges are forthcoming.

On Aril 21, 2025, Mr. Bell reported to the United States Probation Office as instructed. He was questioned about the April 18, 2025, incident. He advised that he and his girlfriend did get into a verbal argument. Mr. Bell did admit that he punched a hole in the wall during the argument but was adamant that it did not become physical. During the conversation with Mr. Bell he did admit that he struggles with controlling his anger and asked for anger management counseling.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/30/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Bell, Raymond**
**April 30, 2025**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____

Thomas O. Rice
United States District Judge

April 30, 2025
_____
Date